**Nello L. GRASSI, Petitioner–Appellee,**

v.

**Robert HOOD, Warden, Federal Correctional Institution, Sheridan, Oregon, Respondent–Appellant.**

No. 00–35275.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 6, 2001

Filed May 16, 2001

Amended Aug. 8, 2001

Thomas M. Gannon, Department of Justice, Washington, D.C., for the respondent-appellant.

Stephen R. Sady, Chief Deputy Public Defender, Portland, Oregon, for the petitioner-appellee.

Before: T.G. NELSON, GRABER, and RAWLINSON, Circuit Judges.

## ORDER

The Opinion filed on May 16, 2001, is amended as follows:

On slip opinion page 6224, lines 3 through 8, replace the sentence "As relevant to this appeal, both . . . ." with:

As explained in the BOP's 1995 program statement, the BOP defined "crimes of violence" to include drug-trafficking convictions in which the offender received a two-level enhancement under U.S.S.G. § 2D1.1 for possessing a dangerous weapon during the commission of a drug offense.

With this amendment, the panel has voted to deny the petition for rehearing and petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no judge of the court has requested a vote on it.

The petition for rehearing and petition for rehearing en banc are DENIED.